IN THE MATTER OF EDUCATION TESTING SERVICE.

January 24, 1989.

Petition for certification granted.

CITY OF NEWARK, ETC. v. COLONY CENTERS, INC., ETC., ET AL.

January 24, 1989.

Petition for certification denied.

OLGA C. ROSARIO, ETC. v. INTERSTAB CHEMICALS, INC., ETC., ET AL.

January 24, 1989.

Petition for certification denied.

LORRAINE CIRELLO v. CHILTON MEMORIAL HOSPITAL.

January 24, 1989.

Petition for certification denied.